BARNETT BUDOFF et al., Respondents, *v.* BENJAMIN JAFFE, Appellant, Impleaded with Others.

(Argued September 30, 1935; decided October 8, 1935.)

*Joseph H. Robins* for motion.

*Benjamin Jaffe,* in person, and *Meyer Levy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.